266 U. S.                Certiorari Denied.

No. 818. DUREZ COMPANY, INC. *v.* BAKELITE CORPORATION. January 12, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. George E. Cruse* for petitioner. *Mr. Charles Neave* for respondent.

PETITIONS FOR CERTIORARI DENIED OR DISMISSED, FROM OCTOBER 6, 1924, TO AND INCLUDING JANUARY 12, 1925.

No. 69. DAVID W. SWEYDEN *v.* STATE OF KANSAS EX REL. ALBERT C. WHITTAKER, ETC. On petition for a writ of certiorari to the Supreme Court of the State of Kansas. October 10, 1924. Dismissed, for failure to prosecute. *Mr. Louis L. Hamby* for petitioner. No appearance for respondent.

No. 374. OLIVER BOWER *v.* UNITED STATES. October 13, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. L. E. Dadmun* for petitioner. *Mr. Solicitor General Beck* for the United States.

No. 380. ALASKA ELECTRIC LIGHT & POWER COMPANY *v.* CITY OF JUNEAU ET AL. October 13, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert W. Jennings* for petitioner. *Mr. J. A. Hellenthal* for respondents.

No. 390. SERENA G. LEVY *v.* S. H. KRESS & COMPANY. October 13, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Robert M. Rainey* and *Mr. Streeter B. Flynn* for petitioner. *Mr. Ed S. Vaught, Mr. P. D. Brewer* and *Mr. J. H. Everest* for respondent.